# EXHIBIT A

Sign in with Twitter

AMY WEBER

### bellascabaret
Posted 3 weeks ago

SHARE

Report Abuse    Original Image





**Direct Link:**

http://ow.ly/i/fdtDQ

**Thumbnail** | Full Image

<a href="http://ow.ly/i/fdtDQ" target="_blank"><im

**More photos from bellascabaret**    See All

  



Developer API   Terms & Conditions   Privacy Policy   Copyright                   ©2015 Hootsuite Media Inc. All Rights Reserved.