### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**AMY DGINGUERIAN a/k/a AMY WEBER,
ARIANNY CELESTE LOPEZ, TARA
LEIGH PATRICK a/k/a CARMEN ELECTRA,
CAMILA DAVALOS, CIELO JEAN GIBSON,
DANIELLE RUIZ, DENISE TRLICA a/k/a
DENISE MILANI, JACLYN SWEDBURG,
JAIME EDMONDSON-LONGORIA, JESSICA
BURCIAGA, INA SCHNITZER a/k/a JORDAN
CARVER, LINA POSADA, LUCY PINDER,
PAOLA CANAS, SARA UNDERWOOD,
TIFFANY TOTH GRAY, and TYRAN
MAKELLE RICHARD,**

        **Plaintiffs,**

**v.**                               **Case No.: 1:18-cv-22231-MGC**

**PORKY'S CABARET, INC., d/b/a BELLA'S
CABARET,**

        **Defendant,**

_____/

### DEFENDANT'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

    COMES NOW the Defendant, PORKY'S CABARET, INC., d/b/a BELLA'S CABARET

("BELLA'S"), by and through the undersigned attorney, and, pursuant to Rule 1(a)(1)(A), Federal

Rules of Civil Procedure, hereby files this Answer and Affirmative Defenses to the Plaintiffs'

Complaint, submits this and would state as follows:

### Introduction

    1.      Denied.

    2.      Unknown, therefore denied.

    3.      Denied.

    4.      Denied.

1

5.      Denied.

6.      Unknown, therefore denied.

7.      Unknown, therefore denied.

8.      Denied.

9.      Denied.

10.     Denied.

11.     Denied.

12.     Denied.

13.     Denied.

14.     Denied.

### Parties

**A. Plaintiffs**

15.     Denied.

16.     Unknown, therefore denied.

17.     Unknown, therefore denied.

18.     Unknown, therefore denied.

19.     Unknown, therefore denied.

20.     Unknown, therefore denied.

21.     Unknown, therefore denied.

22.     Unknown, therefore denied.

23.     Unknown, therefore denied.

24.     Unknown, therefore denied.

25.     Unknown, therefore denied.

26.     Unknown, therefore denied.

27.     Unknown, therefore denied.

28.     Unknown, therefore denied.

29.     Unknown, therefore denied.

30.     Unknown, therefore denied.

31.     Unknown, therefore denied.

32.     Unknown, therefore denied.

**B.   Defendant Porky's Cabaret, Inc. doing business as Bella's Cabaret**

33.     Admitted for jurisdictional purposes only.

34.     Denied.

35.     Denied.

## Jurisdiction and Venue

36.     Statutes speak for themselves, otherwise denied.

37.     Admitted for jurisdictional purposes only, otherwise denied.

38.     Admitted for jurisdictional purposes only, otherwise denied.

## Factual Background

**A.   Standard and Customary Business Practices in the Modeling and Acting Industry Require Arms-Length Negotiations over the Terms and Conditions of Usage and Remuneration for any Modeling Image**

39.     Denied.

40.     Unknown, therefore denied.

41.     Denied.

42.     Denied.

43.     Denied.

44.    Denied.

45.    Denied.

46.    Denied.

47.    Denied.

     a.  Denied.

     b.  Denied.

     c.  Denied.

     d.  Denied.

48.    Denied.

**B.   Defendant has Misappropriated Plaintiffs' Images, Likeness and/or Identity Without Authority, for Self-Serving Commercial Gain and Without Offering or Paying Compensation to Plaintiffs**

49.    Denied.

***Plaintiff Amy Dginguerian a/k/a Amy Weber***

50.    Unknown, therefore denied.

51.    Unknown, therefore denied.

52.    Unknown, therefore denied.

53.    Unknown, therefore denied.

54.    Unknown, therefore denied.

55.    Unknown, therefore denied.

56.    Denied.

57.    Denied.

58.    Unknown, therefore denied.

59.    Unknown, therefore denied.

4

60.     Unknown, therefore denied.

61.     Unknown, therefore denied.

62.     Unknown, therefore denied.

63.     Unknown, therefore denied.

64.     Denied.

65.     Denied.

*Plaintiff Arianny Celeste Lopez*

66.     Unknown, therefore denied.

67.     Unknown, therefore denied.

68.     Unknown, therefore denied.

69.     Unknown, therefore denied.

70.     Unknown, therefore denied.

71.     Unknown, therefore denied.

72.     Denied.

73.     Denied.

74.     Unknown, therefore denied.

75.     Unknown, therefore denied.

76.     Unknown, therefore denied.

77.     Unknown, therefore denied.

78.     Unknown, therefore denied.

79.     Unknown, therefore denied.

80.     Denied.

81.     Denied.

### Plaintiff Camilla Davalos

82.     Unknown, therefore denied.

83.     Unknown, therefore denied.

84.     Unknown, therefore denied.

85.     Unknown, therefore denied.

86.     Unknown, therefore denied.

87.     Denied.

88.     Denied.

89.     Unknown, therefore denied.

90.     Unknown, therefore denied.

91.     Unknown, therefore denied.

92.     Unknown, therefore denied.

93.     Unknown, therefore denied.

94.     Unknown, therefore denied.

95.     Denied.

96.     Denied.

### Plaintiff Tara Leigh Patrick a/k/a Carmen Electra

97.     Unknown, therefore denied.

98.     Unknown, therefore denied.

99.     Unknown, therefore denied.

100.    Unknown, therefore denied.

101.    Unknown, therefore denied.

102.    Unknown, therefore denied.

103.     Unknown, therefore denied.

104.     Unknown, therefore denied.

105.     Unknown, therefore denied.

106.     Unknown, therefore denied.

107.     Unknown, therefore denied.

108.     Unknown, therefore denied.

109.     Unknown, therefore denied.

110.     Denied.

111.     Denied.

112.     Unknown, therefore denied.

113.     Unknown, therefore denied.

114.     Unknown, therefore denied.

115.     Unknown, therefore denied.

116.     Unknown, therefore denied.

117.     Unknown, therefore denied.

118.     Denied.

119.     Denied.

### Plaintiff Cielo Jean "CJ" Gibson

120.     Unknown, therefore denied.

121.     Unknown, therefore denied.

122.     Unknown, therefore denied.

123.     Unknown, therefore denied.

124.     Unknown, therefore denied.

125.     Unknown, therefore denied.

126.     Unknown, therefore denied.

127.     Denied.

128.     Denied.

129.     Unknown, therefore denied.

130.     Unknown, therefore denied.

131.     Unknown, therefore denied.

132.     Unknown, therefore denied.

133.     Unknown, therefore denied.

134.     Unknown, therefore denied.

135.     Denied.

136.     Denied.

### *Plaintiff Danielle Ruiz*

137.     Unknown, therefore denied.

138.     Unknown, therefore denied.

139.     Unknown, therefore denied.

140.     Unknown, therefore denied.

141.     Unknown, therefore denied.

142.     Unknown, therefore denied.

143.     Denied.

144.     Denied.

145.     Unknown, therefore denied.

146.     Unknown, therefore denied.

147.    Unknown, therefore denied.

148.    Unknown, therefore denied.

149.    Unknown, therefore denied.

150.    Unknown, therefore denied.

151.    Denied.

152.    Denied.

*Plaintiff Denise Trlica a/k/a Denise Milani*

153.    Unknown, therefore denied.

154.    Unknown, therefore denied.

155.    Unknown, therefore denied.

156.    Unknown, therefore denied.

157.    Unknown, therefore denied.

158.    Denied.

159.    Denied.

160.    Unknown, therefore denied.

161.    Unknown, therefore denied.

162.    Unknown, therefore denied.

163.    Unknown, therefore denied.

164.    Unknown, therefore denied.

165.    Unknown, therefore denied.

166.    Denied.

167.    Denied.

*Plaintiff Jaclyn Swedberg*

168.    Unknown, therefore denied.

169.    Unknown, therefore denied.

170.    Unknown, therefore denied.

171.    Unknown, therefore denied.

172.    Denied.

173.    Denied.

174.    Unknown, therefore denied.

175.    Unknown, therefore denied.

176.    Unknown, therefore denied.

177.    Unknown, therefore denied.

178.    Unknown, therefore denied.

179.    Unknown, therefore denied.

180.    Denied.

181.    Denied.

*Plaintiff Jaime Edmondson-Longoria*

182.    Unknown, therefore denied.

183.    Unknown, therefore denied.

184.    Unknown, therefore denied.

185.    Unknown, therefore denied.

186.    Unknown, therefore denied.

187.    Denied.

188.    Denied.

189.        Unknown, therefore denied.

190.        Unknown, therefore denied.

191.        Unknown, therefore denied.

192.        Unknown, therefore denied.

193.        Unknown, therefore denied.

194.        Unknown, therefore denied.

195.        Denied.

196.        Denied.

*Plaintiff Jessica Burciaga*

197.        Unknown, therefore denied.

198.        Unknown, therefore denied.

199.        Unknown, therefore denied.

200.        Unknown, therefore denied.

201.        Unknown, therefore denied.

202.        Unknown, therefore denied.

203.        Denied.

204.        Denied.

205.        Unknown, therefore denied.

206.        Unknown, therefore denied.

207.        Unknown, therefore denied.

208.        Unknown, therefore denied.

209.        Unknown, therefore denied.

210.        Unknown, therefore denied.

211.    Denied.

212.    Denied.

### Plaintiff Ina Schnitzer a/k/a Jordan Carver

213.    Unknown, therefore denied.

214.    Unknown, therefore denied.

215.    Unknown, therefore denied.

216.    Unknown, therefore denied.

217.    Unknown, therefore denied.

218.    Unknown, therefore denied.

219.    Denied.

220.    Denied.

221.    Unknown, therefore denied.

222.    Unknown, therefore denied.

223.    Unknown, therefore denied.

224.    Unknown, therefore denied.

225.    Unknown, therefore denied.

226.    Unknown, therefore denied.

227.    Denied.

228.    Denied.

### Plaintiff Lina Posada

229.    Unknown, therefore denied.

230.    Unknown, therefore denied.

231.    Unknown, therefore denied.

232.    Unknown, therefore denied.

233.    Unknown, therefore denied.

234.    Denied.

235.    Denied.

236.    Unknown, therefore denied.

237.    Unknown, therefore denied.

238.    Unknown, therefore denied.

239.    Unknown, therefore denied.

240.    Unknown, therefore denied.

241.    Unknown, therefore denied.

242.    Denied.

243.    Denied.

### *Plaintiff Lucy Pinder*

244.    Unknown, therefore denied.

245.    Unknown, therefore denied.

246.    Unknown, therefore denied.

247.    Unknown, therefore denied.

248.    Unknown, therefore denied.

249.    Unknown, therefore denied.

250.    Unknown, therefore denied.

251.    Unknown, therefore denied.

252.    Denied.

253.    Denied.

254.    Unknown, therefore denied.

255.    Unknown, therefore denied.

256.    Unknown, therefore denied.

257.    Unknown, therefore denied.

258.    Unknown, therefore denied.

259.    Unknown, therefore denied.

260.    Denied.

261.    Denied.

### *Plaintiff Paola Canas*

262.    Unknown, therefore denied.

263.    Unknown, therefore denied.

264.    Unknown, therefore denied.

265.    Unknown, therefore denied.

266.    Unknown, therefore denied.

267.    Unknown, therefore denied.

268.    Unknown, therefore denied.

269.    Unknown, therefore denied.

270.    Unknown, therefore denied.

271.    Denied.

272.    Denied.

273.    Unknown, therefore denied.

274.    Unknown, therefore denied.

275.    Unknown, therefore denied.

276.    Unknown, therefore denied.

277.    Unknown, therefore denied.

278.    Unknown, therefore denied.

279.    Denied.

280.    Denied.

### Plaintiff Sara Underwood

281.    Unknown, therefore denied.

282.    Unknown, therefore denied.

283.    Unknown, therefore denied.

284.    Unknown, therefore denied.

285.    Unknown, therefore denied.

286.    Denied.

287.    Denied.

288.    Unknown, therefore denied.

289.    Unknown, therefore denied.

290.    Unknown, therefore denied.

291.    Unknown, therefore denied.

292.    Unknown, therefore denied.

293.    Unknown, therefore denied.

294.    Denied.

295.    Denied.

### Plaintiff Tiffany Toth Gray

296.    Unknown, therefore denied.

297.     Unknown, therefore denied.

298.     Unknown, therefore denied.

299.     Unknown, therefore denied.

300.     Unknown, therefore denied.

301.     Denied.

302.     Denied.

303.     Unknown, therefore denied.

304.     Unknown, therefore denied.

305.     Unknown, therefore denied.

306.     Unknown, therefore denied.

307.     Unknown, therefore denied.

308.     Unknown, therefore denied.

309.     Denied.

310.     Denied.

### *Plaintiff Tyran Makelle Richard*

311.     Unknown, therefore denied.

312.     Unknown, therefore denied.

313.     Unknown, therefore denied.

314.     Unknown, therefore denied.

315.     Unknown, therefore denied.

316.     Denied.

317.     Denied.

318.     Unknown, therefore denied.

319.    Unknown, therefore denied.

320.    Unknown, therefore denied.

321.    Unknown, therefore denied.

322.    Unknown, therefore denied.

323.    Unknown, therefore denied.

324.    Denied.

325.    Denied.

326.    The amended complaint does contain Paragraphs 326-342.

## CAUSES OF ACTION

### *Plaintiff Amy Dginguerian a/k/a Amy Weber's Causes of Action*

### WEBER COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Advertising against Defendant)

343.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

344.    The statutes speak for themselves, otherwise denied.

345.    Denied.

346.    Denied.

347.    Denied.

348.    Denied.

349.    Denied.

350.    Denied.

351.    Denied.

352.    Denied.

353.   Denied.

354.   Denied.

355.   Denied.

356.   Denied.

357.   Denied.

358.   Denied.

359.   Denied.

## WEBER COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a): False Endorsement against Defendant)

360.   Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

361.   The statutes speak for themselves, otherwise denied.

362.   Denied.

363.   Denied.

364.   Denied.

365.   Denied.

366.   Denied.

367.   Denied.

368.   Denied.

369.   Denied.

370.   Denied.

371.   Denied.

372.   Denied.

373.     Denied.

## WEBER COUNT III
### (Violation of Fla. Stat.. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

374.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

375.     Denied.

376.     The statutes speak for themselves, otherwise denied.

377.     Denied.

378.     Denied.

379.     Denied.

380.     Denied.

381.     Denied.

382.     Denied.

383.     Denied.

384.     Denied.

385.     Denied.

386.     Denied.

## WEBER COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

387.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

388.     Denied.

389.     Denied.

390.    Denied.

391.    Denied.

392.    Denied.

393.    Denied.

394.    Denied.

395.    Denied.

396.    Denied.

397.    Denied.

398.    Denied.

399.    Denied.

**WEBER COUNT V**
**(Conversion against Defendant)**

400.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

401.    Denied.

402.    Denied.

403.    Denied.

404.    Denied.

405.    Denied.

406.    Denied.

**WEBER COUNT VI**
**(Unjust Enrichment against Defendant)**

407.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

408.     Denied.

409.     Denied.

410.     Denied.

411.     Denied.

412.     Denied.

*Plaintiff Arianny Celeste Lopez's Causes of Action*

**LOPEZ COUNT I**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Advertising against Defendant)**

413.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

414.     The statutes speak for themselves, otherwise denied.

415.     Denied.

416.     Denied.

417.     Denied.

418.     Denied.

419.     Denied.

420.     Denied.

421.     Denied.

422.     Denied.

423.     Denied.

424.     Denied.

425.     Denied.

426.     Denied.

427.    Denied.

428.    Denied.

429.    Denied.

## LOPEZ COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

430.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

431.    The statutes speak for themselves, otherwise denied.

432.    Denied.

433.    Denied.

434.    Denied.

435.    Denied.

436.    Denied.

437.    Denied.

438.    Denied.

439.    Denied.

440.    Denied.

441.    Denied.

442.    Denied.

443.    Denied.

## LOPEZ COUNT III
### (Violation of Fla. Stat.. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

444.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

445.     Denied.

446.     The statutes speak for themselves, otherwise denied.

447.     Denied.

448.     Denied.

449.     Denied.

450.     Denied.

451.     Denied.

452.     Denied.

453.     Denied.

454.     Denied.

455.     Denied.

456.     Denied.

**LOPEZ COUNT IV**
**(Violation of Common Law Right of Publicity**
**Unauthorized Misappropriation of Name or Likeness against Defendant)**

457.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

458.     Denied.

459.     Denied.

460.     Denied.

461.     Denied.

462.     Denied.

463.     Denied.

464.     Denied.

465.     Denied.

466.     Denied.

467.     Denied.

468.     Denied.

469.     Denied.

### LOPEZ COUNT V
**(Conversion against Defendant)**

470.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

471.     Denied.

472.     Denied.

473.     Denied.

474.     Denied.

475.     Denied.

476.     Denied.

### LOPEZ COUNT VI
**(Unjust Enrichment against Defendant)**

477.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

478.     Denied.

479.     Denied.

480.     Denied.

481.     Denied.

482.     Denied.

483.     Denied.

*Plaintiff Tara Leigh Patrick a/k/a Carmen Electra's Causes of Action*

**<u>ELECTRA COUNT I</u>**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Advertising against Defendant)**

484.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

485.     The statutes speak for themselves, otherwise denied.

486.     Denied.

487.     Denied.

488.     Denied.

489.     Denied.

490.     Denied.

491.     Denied.

492.     Denied.

493.     Denied.

494.     Denied.

495.     Denied.

496.     Denied.

497.     Denied.

498.     Denied.

499.     Denied.

500.        Denied.

## ELECTRA COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

501.        Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

502.        The statutes speak for themselves, otherwise denied.

503.        Denied.

504.        Denied.

505.        Denied.

506.        Denied.

507.        Denied.

508.        Denied.

509.        Denied.

510.        Denied.

511.        Denied.

512.        Denied.

513.        Denied.

514.        Denied.

## ELECTRA COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

515.        Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

516.        Denied.

517.     The statutes speak for themselves, otherwise denied.

518.     Denied.

519.     Denied.

520.     Denied.

521.     Denied.

522.     Denied.

523.     Denied.

524.     Denied.

525.     Denied.

526.     Denied.

527.     Denied.

## ELECTRA COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

528.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

529.     Denied.

530.     Denied.

531.     Denied.

532.     Denied.

533.     Denied.

534.     Denied.

535.     Denied.

536.     Denied.

537.     Denied.

538.     Denied.

539.     Denied.

540.     Denied.

## ELECTRA COUNT V
### (Conversion against Defendant)

541.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

542.     Denied.

543.     Denied.

544.     Denied.

545.     Denied.

546.     Denied.

547.     Denied.

## ELECTRA COUNT VI
### (Unjust Enrichment against Defendant)

548.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

549.     Denied.

550.     Denied.

551.     Denied.

552.     Denied.

553.     Denied.

554.     Denied.

*Plaintiff Marianna Davalos' Causes of Action*

## DAVALOS COUNT I
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Advertising against Defendant)**

555.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

556.     The statutes speak for themselves, otherwise denied.

557.     Denied.

558.     Denied.

559.     Denied.

560.     Denied.

561.     Denied.

562.     Denied.

563.     Denied.

564.     Denied.

565.     Denied.

566.     Denied.

567.     Denied.

568.     Denied.

569.     Denied.

570.     Denied.

571.     Denied.

## DAVALOS COUNT II
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Endorsement against Defendant)**

572.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

573.    The statutes speak for themselves, otherwise denied.

574.    Denied.

575.    Denied.

576.    Denied.

577.    Denied.

578.    Denied.

579.    Denied.

580.    Denied.

581.    Denied.

582.    Denied.

583.    Denied.

584.    Denied.

585.    Denied.

**DAVALOS COUNT III**
**(Violation of Fla. Stat. § 540.08: Right of Publicity**
**Unauthorized Misappropriation of Name/Likeness against Defendant)**

586.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

587.    Denied.

588.    The statutes speak for themselves, otherwise denied.

589.    Denied.

590.    Denied.

591.     Denied.

592.     Denied.

593.     Denied.

594.     Denied.

595.     Denied.

596.     Denied.

597.     Denied.

598.     Denied.

## DAVALOS COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

599.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

600.     Denied.

601.     Denied.

602.     Denied.

603.     Denied.

604.     Denied.

605.     Denied.

606.     Denied.

607.     Denied.

608.     Denied.

609.     Denied.

610.     Denied.

611.      Denied.

## DAVALOS COUNT V
### (Conversion against Defendant)

612.      Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

613.      Denied.

614.      Denied.

615.      Denied.

616.      Denied.

617.      Denied.

618.      Denied.

## DAVALOS COUNT VI
### (Unjust Enrichment against Defendant)

619.      Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

620.      Denied.

621.      Denied.

622.      Denied.

623.      Denied.

624.      Denied.

625.      Denied.

*Plaintiff Cielo Jean Gibson's Causes of Action*

## GIBSON COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Advertising against Defendant)

626.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

627.     The statutes speak for themselves, otherwise denied.

628.     Denied.

629.     Denied.

630.     Denied.

631.     Denied.

632.     Denied.

633.     Denied.

634.     Denied.

635.     Denied.

636.     Denied.

637.     Denied.

638.     Denied.

639.     Denied.

640.     Denied.

641.     Denied.

642.     Denied.

## GIBSON COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

643.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

644.     The statutes speak for themselves, otherwise denied.

645.    Denied.

646.    Denied.

647.    Denied.

648.    Denied.

649.    Denied.

650.    Denied.

651.    Denied.

652.    Denied.

653.    Denied.

654.    Denied.

655.    Denied.

656.    Denied.

### <u>GIBSON COUNT III</u>
(Violation of Fla. Stat. § 540.08: Right of Publicity
Unauthorized Misappropriation of Name/Likeness against Defendant)

657.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

658.    Denied.

659.    The statutes speak for themselves, otherwise denied.

660.    Denied.

661.    Denied.

662.    Denied.

663.    Denied.

664.    Denied.

34

665.    Denied.

666.    Denied.

667.    Denied.

668.    Denied.

669.    Denied.

## GIBSON COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

670.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

671.    Denied.

672.    Denied.

673.    Denied.

674.    Denied.

675.    Denied.

676.    Denied.

677.    Denied.

678.    Denied.

679.    Denied.

680.    Denied.

681.    Denied.

682.    Denied.

## GIBSON COUNT V
### (Conversion against Defendant)

683.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

684.    Denied.

685.    Denied.

686.    Denied.

687.    Denied.

688.    Denied.

689.    Denied.

## GIBSON COUNT VI
### (Unjust Enrichment against Defendant)

690.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

691.    Denied.

692.    Denied.

693.    Denied.

694.    Denied.

695.    Denied.

696.    Denied.

*Plaintiff Danielle Ruiz's Causes of Action*

## RUIZ COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Advertising against Defendant)

697.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

698.     The statutes speak for themselves, otherwise denied.

699.     Denied.

700.     Denied.

701.     Denied.

702.     Denied.

703.     Denied.

704.     Denied.

705.     Denied.

706.     Denied.

707.     Denied.

708.     Denied.

709.     Denied.

710.     Denied.

711.     Denied.

712.     Denied.

713.     Denied.

**RUIZ COUNT II**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Endorsement against Defendant)**

714.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

715.     The statutes speak for themselves, otherwise denied.

716.      Denied.

717.      Denied.

718.      Denied.

719.      Denied.

720.      Denied.

721.      Denied.

722.      Denied.

723.      Denied.

724.      Denied.

725.      Denied.

726.      Denied.

727.      Denied.

## RUIZ COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

728.      Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates

same by reference as though fully set forth herein.

729.      Denied.

730.      The statutes speak for themselves, otherwise denied.

731.      Denied.

732.      Denied.

733.      Denied.

734.      Denied.

735.      Denied.

736.     Denied.

737.     Denied.

738.     Denied.

739.     Denied.

740.     Denied.

### RUIZ COUNT IV
**(Violation of Common Law Right of Publicity**
**Unauthorized Misappropriation of Name or Likeness against Defendant)**

741.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates

same by reference as though fully set forth herein.

742.     Denied.

743.     Denied.

744.     Denied.

745.     Denied.

746.     Denied.

747.     Denied.

748.     Denied.

749.     Denied.

750.     Denied.

751.     Denied.

752.     Denied.

753.     Denied.

**RUIZ COUNT V**
**(Conversion against Defendant)**

754.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

755.     Denied.

756.     Denied.

757.     Denied.

758.     Denied.

759.     Denied.

760.     Denied.

**RUIZ COUNT VI**
**(Unjust Enrichment against Defendant)**

761.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

762.     Denied.

763.     Denied.

764.     Denied.

765.     Denied.

766.     Denied.

767.     Denied.

*Plaintiff Denise Trlica a/k/a Denise Milani's Causes of Action*

**MILANI COUNT I**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Advertising against Defendant)**

768.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

769.     The statutes speak for themselves, otherwise denied.

770.     Denied.

771.     Denied.

772.     Denied.

773.     Denied.

774.     Denied.

775.     Denied.

776.     Denied.

777.     Denied.

778.     Denied.

779.     Denied.

780.     Denied.

781.     Denied.

782.     Denied.

783.     Denied.

784.     Denied.

## MILANI COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

785.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

786.     The statutes speak for themselves, otherwise denied.

787.    Denied.

788.    Denied.

789.    Denied.

790.    Denied.

791.    Denied.

792.    Denied.

793.    Denied.

794.    Denied.

795.    Denied.

796.    Denied.

797.    Denied.

798.    Denied.

### MILANI COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

799.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

800.    Denied.

801.    The statutes speak for themselves, otherwise denied.

802.    Denied.

803.    Denied.

804.    Denied.

805.    Denied.

806.    Denied.

807.     Denied.

808.     Denied.

809.     Denied.

810.     Denied.

811.     Denied.

## MILANI COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

812.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

813.     Denied.

814.     Denied.

815.     Denied.

816.     Denied.

817.     Denied.

818.     Denied.

819.     Denied.

820.     Denied.

821.     Denied.

822.     Denied.

823.     Denied.

824.     Denied.

## MILANI COUNT V
### (Conversion against Defendant)

825.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

826.     Denied.

827.     Denied.

828.     Denied.

829.     Denied.

830.     Denied.

831.     Denied.

## MILANI COUNT VI
### (Unjust Enrichment against Defendant)

832.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

833.     Denied.

834.     Denied.

835.     Denied.

836.     Denied.

837.     Denied.

838.     Denied.

### *Plaintiff Jaclyn Swedberg's Causes of Action*

## SWEDBERG COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Advertising against Defendant)

839.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

840.     The statutes speak for themselves, otherwise denied.

44

841.     Denied.

842.     Denied.

843.     Denied.

844.     Denied.

845.     Denied.

846.     Denied.

847.     Denied.

848.     Denied.

849.     Denied.

850.     Denied.

851.     Denied.

852.     Denied.

853.     Denied.

854.     Denied.

855.     Denied.

## SWEDBERG COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

856.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

857.     The statutes speak for themselves, otherwise denied.

858.     Denied.

859.     Denied.

860.     Denied.

861.     Denied.

862.     Denied.

863.     Denied.

864.     Denied.

865.     Denied.

866.     Denied.

867.     Denied.

868.     Denied.

869.     Denied.

### SWEDBERG COUNT III
#### (Violation of Fla. Stat. § 540.08: Right of Publicity
#### Unauthorized Misappropriation of Name/Likeness against Defendant)

870.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

871.     Denied.

872.     The statutes speak for themselves, otherwise denied.

873.     Denied.

874.     Denied.

875.     Denied.

876.     Denied.

877.     Denied.

878.     Denied.

879.     Denied.

880.     Denied.

881.    Denied.

882.    Denied.

## SWEDBERG COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

883.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

884.    Denied.

885.    Denied.

886.    Denied.

887.    Denied.

888.    Denied.

889.    Denied.

890.    Denied.

891.    Denied.

892.    Denied.

893.    Denied.

894.    Denied.

895.    Denied.

## SWEDBERG COUNT V
### (Conversion against Defendant)

896.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

897.    Denied.

898.    Denied.

899.    Denied.

900.    Denied.

901.    Denied.

902.    Denied.

**SWEDBERG COUNT VI**
**(Unjust Enrichment against Defendant)**

903.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

904.    Denied.

905.    Denied.

906.    Denied.

907.    Denied.

908.    Denied.

909.    Denied.

*Plaintiff Jaime Edmondson-Longoria's Causes of Action*

**EDMONDSON COUNT I**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Advertising against Defendant)**

910.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

911.    The statutes speak for themselves, otherwise denied.

912.    Denied.

913.    Denied.

914.    Denied.

915.    Denied.

916.     Denied.

917.     Denied.

918.     Denied.

919.     Denied.

920.     Denied.

921.     Denied.

922.     Denied.

923.     Denied.

924.     Denied.

925.     Denied.

926.     Denied.

**EDMONDSON COUNT II**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Endorsement against Defendant)**

927.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

928.     The statutes speak for themselves, otherwise denied.

929.     Denied.

930.     Denied.

931.     Denied.

932.     Denied.

933.     Denied.

934.     Denied.

935.     Denied.

936.    Denied.

937.    Denied.

938.    Denied.

939.    Denied.

940.    Denied.

## EDMONDSON COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

941.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

942.    Denied.

943.    The statutes speak for themselves, otherwise denied.

944.    Denied.

945.    Denied.

946.    Denied.

947.    Denied.

948.    Denied.

949.    Denied.

950.    Denied.

951.    Denied.

952.    Denied.

953.    Denied.

## EDMONDSON COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

954.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

955.     Denied.

956.     Denied.

957.     Denied.

958.     Denied.

959.     Denied.

960.     Denied.

961.     Denied.

962.     Denied.

963.     Denied.

964.     Denied.

965.     Denied.

966.     Denied.

### EDMONDSON COUNT V
**(Conversion against Defendant)**

967.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

968.     Denied.

969.     Denied.

970.     Denied.

971.     Denied.

972.     Denied.

973.     Denied.

## EDMONDSON COUNT VI
### (Unjust Enrichment against Defendant)

974.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

975.     Denied.

976.     Denied.

977.     Denied.

978.     Denied.

979.     Denied.

980.     Denied.

*Plaintiff Jessica Burciaga's Causes of Action*

## BURCIAGA COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Advertising against Defendant)

981.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

982.     The statutes speak for themselves, otherwise denied.

983.     Denied.

984.     Denied.

985.     Denied.

986.     Denied.

987.     Denied.

988.     Denied.

989.     Denied.

990.     Denied.

991.    Denied.

992.    Denied.

993.    Denied.

994.    Denied.

995.    Denied.

996.    Denied.

997.    Denied.

## BURCIAGA COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

998.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

999.    The statutes speak for themselves, otherwise denied.

1000.    Denied.

1001.    Denied.

1002.    Denied.

1003.    Denied.

1004.    Denied.

1005.    Denied.

1006.    Denied.

1007.    Denied.

1008.    Denied.

1009.    Denied.

1010.    Denied.

1011.     Denied.

## BURCIAGA COUNT III
### (Violation of Fla. Stat.. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

1012.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1013.     Denied.

1014.     The statutes speak for themselves, otherwise denied.

1015.     Denied.

1016.     Denied.

1017.     Denied.

1018.     Denied.

1019.     Denied.

1020.     Denied.

1021.     Denied.

1022.     Denied.

1023.     Denied.

1024.     Denied.

## BURCIAGA COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

1025.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1026.     Denied.

1027.     Denied.

1028.    Denied.

1029.    Denied.

1030.    Denied.

1031.    Denied.

1032.    Denied.

1033.    Denied.

1034.    Denied.

1035.    Denied.

1036.    Denied.

1037.    Denied.

## BURCIAGA COUNT V
### (Conversion against Defendant)

1038.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1039.    Denied.

1040.    Denied.

1041.    Denied.

1042.    Denied.

1043.    Denied.

1044.    Denied.

## BURCIAGA COUNT VI
### (Unjust Enrichment against Defendant)

1045.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1046.    Denied.

1047.    Denied.

1048.    Denied.

1049.    Denied.

1050.    Denied.

1051.    Denied.

*Plaintiff Ina Schnitzer a/k/a Jordan Carver's Causes of Action*

### CARVER COUNT I
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):
False Advertising against Defendant)**

1052.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1053.    The statutes speak for themselves, otherwise denied.

1054.    Denied.

1055.    Denied.

1056.    Denied.

1057.    Denied.

1058.    Denied.

1059.    Denied.

1060.    Denied.

1061.    Denied.

1062.    Denied.

1063.    Denied.

1064.    Denied.

1065.    Denied.

1066.    Denied.

1067.    Denied.

1068.    Denied.

## CARVER COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

1069.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1070.    The statutes speak for themselves, otherwise denied.

1071.    Denied.

1072.    Denied.

1073.    Denied.

1074.    Denied.

1075.    Denied.

1076.    Denied.

1077.    Denied.

1078.    Denied.

1079.    Denied.

1080.    Denied.

1081.    Denied.

1082.    Denied.

## CARVER COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

1083.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1084.    Denied.

1085.    The statutes speak for themselves, otherwise denied.

1086.    Denied.

1087.    Denied.

1088.    Denied.

1089.    Denied.

1090.    Denied.

1091.    Denied.

1092.    Denied.

1093.    Denied.

1094.    Denied.

1095.    Denied.

### CARVER COUNT IV
**(Violation of Common Law Right of Publicity
Unauthorized Misappropriation of Name or Likeness against Defendant)**

1096.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1097.    Denied.

1098.    Denied.

1099.    Denied.

1100.    Denied.

1101.    Denied.

1102.   Denied.

1103.   Denied.

1104.   Denied.

1105.   Denied.

1106.   Denied.

1107.   Denied.

1108.   Denied.

## CARVER COUNT V
### (Conversion against Defendant)

1109.   Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1110.   Denied.

1111.   Denied.

1112.   Denied.

1113.   Denied.

1114.   Denied.

1115.   Denied.

## CARVER COUNT VI
### (Unjust Enrichment against Defendant)

1116.   Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1117.   Denied.

1118.   Denied.

1119.   Denied.

1120.     Denied.

1121.     Denied.

1122.     Denied.

*Plaintiff Lina Posada's Causes of Action*

**POSADA COUNT I**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Advertising against Defendant)**

1123.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1124.     The statutes speak for themselves, otherwise denied.

1125.     Denied.

1126.     Denied.

1127.     Denied.

1128.     Denied.

1129.     Denied.

1130.     Denied.

1131.     Denied.

1132.     Denied.

1133.     Denied.

1134.     Denied.

1135.     Denied.

1136.     Denied.

1137.     Denied.

1138.     Denied.

1139.     Denied.

### POSADA COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

1140.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1141.     The statutes speak for themselves, otherwise denied.

1142.     Denied.

1143.     Denied.

1144.     Denied.

1145.     Denied.

1146.     Denied.

1147.     Denied.

1148.     Denied.

1149.     Denied.

1150.     Denied.

1151.     Denied.

1152.     Denied.

1153.     Denied.

### POSADA COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

1154.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1155.     Denied.

1156.    The statutes speak for themselves, otherwise denied.

1157.    Denied.

1158.    Denied.

1159.    Denied.

1160.    Denied.

1161.    Denied.

1162.    Denied.

1163.    Denied.

1164.    Denied.

1165.    Denied.

1166.    Denied.

**POSADA COUNT IV**
**(Violation of Common Law Right of Publicity**
**Unauthorized Misappropriation of Name or Likeness against Defendant)**

1167.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1168.    Denied.

1169.    Denied.

1170.    Denied.

1171.    Denied.

1172.    Denied.

1173.    Denied.

1174.    Denied.

1175.    Denied.

1176.    Denied.

1177.    Denied.

1178.    Denied.

1179.    Denied.

**POSADA COUNT V**
**(Conversion against Defendant)**

1180.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1181.    Denied.

1182.    Denied.

1183.    Denied.

1184.    Denied.

1185.    Denied.

1186.    Denied.

**POSADA COUNT VI**
**(Unjust Enrichment against Defendant)**

1187.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1188.    Denied.

1189.    Denied.

1190.    Denied.

1191.    Denied.

1192.    Denied.

1193.    Denied.

*Plaintiff Lucy Pinder's Causes of Action*

## PINDER COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Advertising against Defendant)

1194.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1195.    The statutes speak for themselves, otherwise denied.

1196.    Denied.

1197.    Denied.

1198.    Denied.

1199.    Denied.

1200.    Denied.

1201.    Denied.

1202.    Denied.

1203.    Denied.

1204.    Denied.

1205.    Denied.

1206.    Denied.

1207.    Denied.

1208.    Denied.

1209.    Denied.

1210.    Denied.

## PINDER COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

1211.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1212.     The statutes speak for themselves, otherwise denied.

1213.     Denied.

1214.     Denied.

1215.     Denied.

1216.     Denied.

1217.     Denied.

1218.     Denied.

1219.     Denied.

1220.     Denied.

1221.     Denied.

1222.     Denied.

1223.     Denied.

1224.     Denied.

## PINDER COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity Unauthorized Misappropriation of Name/Likeness against Defendant)

1225.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1226.     Denied.

1227.     The statutes speak for themselves, otherwise denied.

1228.     Denied.

1229.     Denied.

1230.    Denied.

1231.    Denied.

1232.    Denied.

1233.    Denied.

1234.    Denied.

1235.    Denied.

1236.    Denied.

1237.    Denied.

## PINDER COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

1238.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1239.    Denied.

1240.    Denied.

1241.    Denied.

1242.    Denied.

1243.    Denied.

1244.    Denied.

1245.    Denied.

1246.    Denied.

1247.    Denied.

1248.    Denied.

1249.    Denied.

1250.     Denied.

## PINDER COUNT V
### (Conversion against Defendant)

1251.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1252.     Denied.

1253.     Denied.

1254.     Denied.

1255.     Denied.

1256.     Denied.

1257.     Denied.

## PINDER COUNT VI
### (Unjust Enrichment against Defendant)

1258.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1259.     Denied.

1260.     Denied.

1261.     Denied.

1262.     Denied.

1263.     Denied.

1264.     Denied.

### *Plaintiff Paola Cañas' Causes of Action*

## CAÑAS COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Advertising against Defendant)

1265.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1266.    The statutes speak for themselves, otherwise denied.

1267.    Denied.

1268.    Denied.

1269.    Denied.

1270.    Denied.

1271.    Denied.

1272.    Denied.

1273.    Denied.

1274.    Denied.

1275.    Denied.

1276.    Denied.

1277.    Denied.

1278.    Denied.

1279.    Denied.

1280.    Denied.

1281.    Denied.

## CAÑAS COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

1282.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1283.    The statutes speak for themselves, otherwise denied.

1284.      Denied.

1285.      Denied.

1286.      Denied.

1287.      Denied.

1288.      Denied.

1289.      Denied.

1290.      Denied.

1291.      Denied.

1292.      Denied.

1293.      Denied.

1294.      Denied.

1295.      Denied.

## CAÑAS COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

1296.      Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1297.      Denied.

1298.      The statutes speak for themselves, otherwise denied.

1299.      Denied.

1300.      Denied.

1301.      Denied.

1302.      Denied.

1303.      Denied.

1304.    Denied.

1305.    Denied.

1306.    Denied.

1307.    Denied.

1308.    Denied.

**CAÑAS COUNT IV**
**(Violation of Common Law Right of Publicity**
**Unauthorized Misappropriation of Name or Likeness against Defendant)**

1309.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1310.    Denied.

1311.    Denied.

1312.    Denied.

1313.    Denied.

1314.    Denied.

1315.    Denied.

1316.    Denied.

1317.    Denied.

1318.    Denied.

1319.    Denied.

1320.    Denied.

1321.    Denied.

## CAÑAS COUNT V
### (Conversion against Defendant)

1322.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1323.     Denied.

1324.     Denied.

1325.     Denied.

1326.     Denied.

1327.     Denied.

1328.     Denied.

## CAÑAS COUNT VI
### (Unjust Enrichment against Defendant)

1329.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1330.     Denied.

1331.     Denied.

1332.     Denied.

1333.     Denied.

1334.     Denied.

1335.     Denied.

*Plaintiff Sara Underwood's Causes of Action*

## UNDERWOOD COUNT I
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Advertising against Defendant)

1336.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1337.    The statutes speak for themselves, otherwise denied.

1338.    Denied.

1339.    Denied.

1340.    Denied.

1341.    Denied.

1342.    Denied.

1343.    Denied.

1344.    Denied.

1345.    Denied.

1346.    Denied.

1347.    Denied.

1348.    Denied.

1349.    Denied.

1350.    Denied.

1351.    Denied.

1352.    Denied.

<u>**UNDERWOOD COUNT II**</u>
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Endorsement against Defendant)**

1353.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1354.    The statutes speak for themselves, otherwise denied.

1355.   Denied.

1356.   Denied.

1357.   Denied.

1358.   Denied.

1359.   Denied.

1360.   Denied.

1361.   Denied.

1362.   Denied.

1363.   Denied.

1364.   Denied.

1365.   Denied.

1366.   Denied.

## UNDERWOOD COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

1367.   Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1368.   Denied.

1369.   The statutes speak for themselves, otherwise denied.

1370.   Denied.

1371.   Denied.

1372.   Denied.

1373.   Denied.

1374.   Denied.

1375.    Denied.

1376.    Denied.

1377.    Denied.

1378.    Denied.

1379.    Denied.

## UNDERWOOD COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

1380.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1381.    Denied.

1382.    Denied.

1383.    Denied.

1384.    Denied.

1385.    Denied.

1386.    Denied.

1387.    Denied.

1388.    Denied.

1389.    Denied.

1390.    Denied.

1391.    Denied.

1392.    Denied.

**UNDERWOOD COUNT V**
**(Conversion against Defendant)**

1393.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1394.     Denied.

1395.     Denied.

1396.     Denied.

1397.     Denied.

1398.     Denied.

1399.     Denied.

**UNDERWOOD COUNT VI**
**(Unjust Enrichment against Defendant)**

1400.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1401.     Denied.

1402.     Denied.

1403.     Denied.

1404.     Denied.

1405.     Denied.

1406.     Denied.

*Plaintiff Tiffany Toth Gray's Causes of Action*

**GRAY COUNT I**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Advertising against Defendant)**

1407.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1408.     The statutes speak for themselves, otherwise denied.

1409.     Denied.

1410.     Denied.

1411.     Denied.

1412.     Denied.

1413.     Denied.

1414.     Denied.

1415.     Denied.

1416.     Denied.

1417.     Denied.

1418.     Denied.

1419.     Denied.

1420.     Denied.

1421.     Denied.

1422.     Denied.

1423.     Denied.

## GRAY COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a): False Endorsement against Defendant)

1424.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1425.     The statutes speak for themselves, otherwise denied.

1426.    Denied.

1427.    Denied.

1428.    Denied.

1429.    Denied.

1430.    Denied.

1431.    Denied.

1432.    Denied.

1433.    Denied.

1434.    Denied.

1435.    Denied.

1436.    Denied.

1437.    Denied.

**GRAY COUNT III**
**(Violation of Fla. Stat. § 540.08: Right of Publicity**
**Unauthorized Misappropriation of Name/Likeness against Defendant)**

1438.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1439.    Denied.

1440.    The statutes speak for themselves, otherwise denied.

1441.    Denied.

1442.    Denied.

1443.    Denied.

1444.    Denied.

1445.    Denied.

1446.   Denied.

1447.   Denied.

1448.   Denied.

1449.   Denied.

1450.   Denied.

## GRAY COUNT IV
### (Violation of Common Law Right of Publicity
Unauthorized Misappropriation of Name or Likeness against Defendant)

1451.   Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1452.   Denied.

1453.   Denied.

1454.   Denied.

1455.   Denied.

1456.   Denied.

1457.   Denied.

1458.   Denied.

1459.   Denied.

1460.   Denied.

1461.   Denied.

1462.   Denied.

1463.   Denied.

## GRAY COUNT V
### (Conversion against Defendant)

1464.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1465.     Denied.

1466.     Denied.

1467.     Denied.

1468.     Denied.

1469.     Denied.

1470.     Denied.

**GRAY COUNT VI**
**(Unjust Enrichment against Defendant)**

1471.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1472.     Denied.

1473.     Denied.

1474.     Denied.

1475.     Denied.

1476.     Denied.

1477.     Denied.

***Plaintiff Tyran Makelle Richard's Causes of Action***

**RICHARD COUNT I**
**(Violation of the Lanham Act, 15 U.S.C. § 1125(a):**
**False Advertising against Defendant)**

1478.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1479.     The statutes speak for themselves, otherwise denied.

1480.      Denied.

1481.      Denied.

1482.      Denied.

1483.      Denied.

1484.      Denied.

1485.      Denied.

1486.      Denied.

1487.      Denied.

1488.      Denied.

1489.      Denied.

1490.      Denied.

1491.      Denied.

1492.      Denied.

1493.      Denied.

1494.      Denied.

## RICHARD COUNT II
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a):
### False Endorsement against Defendant)

1495.      Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates

same by reference as though fully set forth herein.

1496.      The statutes speak for themselves, otherwise denied.

1497.      Denied.

1498.      Denied.

1499.      Denied.

1500.    Denied.

1501.    Denied.

1502.    Denied.

1503.    Denied.

1504.    Denied.

1505.    Denied.

1506.    Denied.

1507.    Denied.

1508.    Denied.

## RICHARD COUNT III
### (Violation of Fla. Stat. § 540.08: Right of Publicity
### Unauthorized Misappropriation of Name/Likeness against Defendant)

1509.    Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates

same by reference as though fully set forth herein.

1510.    Denied.

1511.    The statutes speak for themselves, otherwise denied.

1512.    Denied.

1513.    Denied.

1514.    Denied.

1515.    Denied.

1516.    Denied.

1517.    Denied.

1518.    Denied.

1519.    Denied.

1520.     Denied.

1521.     Denied.

## RICHARD COUNT IV
### (Violation of Common Law Right of Publicity
### Unauthorized Misappropriation of Name or Likeness against Defendant)

1522.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1523.     Denied.

1524.     Denied.

1525.     Denied.

1526.     Denied.

1527.     Denied.

1528.     Denied.

1529.     Denied.

1530.     Denied.

1531.     Denied.

1532.     Denied.

1533.     Denied.

1534.     Denied.

## RICHARD COUNT V
### (Conversion against Defendant)

1535.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1536.     Denied.

1537.     Denied.

1538.     Denied.

1539.     Denied.

1540.     Denied.

1541.     Denied.

## RICHARD COUNT VI
### (Unjust Enrichment against Defendant)

1542.     Defendant re-alleges all responses to Paragraphs 1 – 325 above, and incorporates same by reference as though fully set forth herein.

1543.     Denied.

1544.     Denied.

1545.     Denied.

1546.     Denied.

1547.     Denied.

1548.     Denied.

## AFFIRMATIVE DEFENSES

BELLA'S asserts the following affirmative defenses as full and complete defenses to all claims asserted by the Plaintiffs' in the amended Complaint, and would state as follows:

1.     Plaintiffs' Complaint, and each and every cause of action set forth therein, fails to state a cause of action against BELLA'S.

2.     BELLA'S states that each and every one of Plaintiffs' claims fail as a matter of law for the reason that Plaintiffs' consented to public use and dissemination of the photograph of Plaintiffs' by virtue of her execution of a model release whereby Plaintiffs' gave the photographer/videographer permission to photograph the Plaintiffs, and relinquished their rights including, but not limited to, the photo and the rights to the Plaintiffs' likenesses.

3.  BELLA'S states that Plaintiffs' claims for violation of the common law misappropriation of image fail as a matter of law for the reason that BELLA'S did not use the names of the Plaintiffs as symbols for Plaintiffs' identity or persona, as required for violation of Plaintiffs' right to publicity. Further, any use of the photograph of Plaintiffs did not involve character, personality, or reputation of the Plaintiffs, or other factors shaping identity.

4.  BELLA'S states that Plaintiffs' claims for violation of the common law misappropriation of image fail as a matter of law for the reason that BELLA'S did not use photographs of Plaintiffs for commercial advantage.

5.  BELLA'S states that Plaintiffs' claims for damages for violation of the common law misappropriation of image fail as a matter of law for the reason that Plaintiffs have suffered no commercial harm or damages. To the extent Plaintiffs would be entitled to any relief, Plaintiffs would be limited to the relief of injunction against use of his or her image by the Defendant.

6.  BELLA'S states that Plaintiffs' claims are barred due to payment. Plaintiffs were paid for the photograph and paid for a release, including, but not limited to all rights in any subject photograph and the Plaintiffs' likeness.

7.  BELLA'S states that Plaintiffs' alleged injuries were caused, in whole or in part by, the negligence of a third party (i.e., the photographer who took the subject photograph) and liability should be apportioned to these photographers pursuant to *Fabre v. Marin,* 623 So.2d 1182 (Fla. 1993) and its progeny.

8.  BELLA'S states that Plaintiffs' alleged injuries were caused, in whole or in part, by the negligence of a third party (i.e., any graphic designers or others relied on by Defendant to produce any of the alleged "promotions") whom BELLA'S had no control over, and

liability should be apportioned to these graphic designers or others pursuant to *Fabre v. Marin,* 623 So.2d 1182 (Fla. 1993) and its progeny.

9.    BELLA'S states that Plaintiffs' damages, if any, assessed against BELLA'S, should be reduced because of Plaintiffs' comparative and/or contributory negligence in failing to ensure that the photograph which is the subject of the operative complaint was not used or disseminated in accordance with any general release, model release, waiver, license, or any other document describing the use and/or limitations on publication or dissemination of the subject photograph.

10.    BELLA'S asserts that, while BELLA'S denies that the Plaintiffs are entitled to any recovery whatsoever, to the extent that the Plaintiffs' alleged damages are caused, in whole or part, by third parties whether or not parties to this action, liability shall be apportioned according to fault, irrespective of whether such third parties become parties to this action.

11. BELLA'S states that Plaintiffs failed to mitigate any of the damages allegedly sustained by Plaintiffs. Upon Plaintiffs' knowledge of BELLA'S's alleged use of the subject photographs in the operative Complaint, the Plaintiffs' failed to take any steps to minimize or mitigate any alleged unauthorized use of the subject photographs. Plaintiffs' never utilized the Digital Millennium Copyright Act ("DMCA") which has a "take down" form which results in the removal of content from a website at the request of the owner of the image or the owner of the copyright of the content.   As such, any damages actually sustained by the Plaintiffs should be reduced proportionally for failure to mitigate such loss.

12. BELLA'S also states that Plaintiffs failed to mitigate any of the damages allegedly sustained by the Plaintiffs' failure to instruct photographers on any limitations of the use

of the subject photo or the Plaintiffs' likenesses. Plaintiffs failed to define the parameters of any release they signed. As such, any damages actually sustained by the Plaintiffs' should be reduced proportionally for failure to mitigate any damages caused by the publication of the subject photograph.

13. Plaintiffs assumed the risk that the image at issue would be used in the manner complained of in the operative complaint when the photograph or image was taken. The Plaintiffs dressed in a provocative manner, and assumed poses of a seductive nature, and therefore assumed the risk that the images could be used for promotion of themes and/or businesses related to adult entertainment.

14. BELLA'S states that each and every one of Plaintiffs' claims are barred by the doctrine of unclean hands. The Plaintiffs' wrongful conduct of releasing all rights to the photo and likeness and subsequently claiming she currently, or at any time relevant to the instant action, has rights to the photo or likeness, precludes Plaintiffs from seeking relief and all claims should be dismissed.

15. BELLA'S states that each and every one of Plaintiffs' claims are barred by the doctrine of waiver. The Plaintiffs' execution of model releases whereby the model gave the photographer/videographer permission to photograph Plaintiffs and relinquished their rights, including, but not limited to the subject photo and the rights to their likeness, resulted in a waiver of all future claims.

16. BELLA'S states that each and every one of Plaintiffs' claims are barred by the doctrine of estoppel. The Plaintiffs executed model releases whereby, Plaintiffs' model gave the photographer/videographer permission to photograph Plaintiffs and relinquished their

rights, including, but not limited to the subject photo to the photo and the rights to their likeness as depicted in the subject photograph.

17. BELLA'S asserts that Plaintiffs' claims are fraudulent, in that Plaintiffs knowingly and deliberately released all claims to Plaintiffs' rights, including but not limited to, the subject photo and the subject Plaintiffs' likeness.

18. BELLA'S states that each and every one of Plaintiff's claims are barred by the existence of a valid license.

19. BELLA'S reserves the right to supplement these affirmative defenses as they may become known through discovery or the administration of this case.

Wherefore, the Defendant respectfully requests this Court to deny all aspects of Plaintiff's prayer for relief and would reserve the right to amend and/or add additional answers and affirmative defenses.

Dated: <u>April 26, 2019</u>

Respectfully Submitted,

<u>/s/Luke Lirot</u>
Luke Lirot, Esq.
Florida Bar Number 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
*Attorney for the Defendant*
luke2@lirotlaw.com  (primary e-mail)
sean@lirotlaw.com  (secondary e-mail)
krista@lirotlaw.com (secondary e-mail)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this case.

/s/Luke Lirot
Luke Lirot, Esquire
Florida Bar Number 714836